ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 2 2007
U.S. COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| DYNCORP INTERNATIONAL LLC,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 07-84 C<br>Judge ____________ |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Appendix C, ¶ VI, of the Rules of the Court of Federal Claims, DynCorp International LLC ("DynCorp") moves for issuance of a protective order in this case. Confidential, proprietary, and competition-sensitive information of DynCorp and potentially other offerors appears in DynCorp's Complaint for Injunctive, Declaratory, and Monetary Relief, which has been filed under seal contemporaneously with this motion. In accordance with RCFC App. C, ¶ III.6, confidential, proprietary, or competition-sensitive information contained in the documents has been marked by lightly shading the protected text. DynCorp has also filed proposed redacted versions of the document suitable for public release.

Future filings in this matter also are likely to contain confidential, proprietary, and competition-sensitive information of DynCorp and potentially other bidders relating to Request for Proposal No. FA4890-06-R-0165, the procurement that is the subject of this action. Accordingly, DynCorp requests that

the Court issue a protective order substantively identical or similar to the sample order in the RCFC Appendix of Forms, Form 8.

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
John E. McCarthy, Jr.
(Of Counsel)

Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
(202) 624-2500 Phone
(202) 628-5116 Facsimile

February 2, 2007

Attorneys for DynCorp International LLC

2947561 (Cam No. 024916.0000103)