ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 2 2007
U.S. COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| DYNCORP INTERNATIONAL LLC, Plaintiff, | ) | |
| v. | ) | No. 07-84 C |
| UNITED STATES, Defendant. | ) | Judge |

MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Appendix C, ¶ III, of the Rules of the Court of Federal Claims, DynCorp International LLC ("DynCorp") moves for leave to file under seal its Complaint for Injunctive, Declaratory, and Monetary Relief, submitted contemporaneously with this motion. This document contains confidential, proprietary information and/or competition-sensitive information of DynCorp relating to Request for Proposal No. FA4890-06-R-0165, the procurement that is the subject of this action. DynCorp has filed a Motion for a Protective Order that would establish procedures for the protection of confidential, proprietary, and competition-sensitive information.

In accordance with RCFC App. C, ¶ III.6, confidential, proprietary, or competition-sensitive information contained in the documents has been marked by lightly shading the protected text. DynCorp has also filed proposed redacted versions of the documents suitable for public release.

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
John E. McCarthy, Jr.
(Of Counsel)

Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
(202) 624-2500 Phone
(202) 628-5116 Facsimile

February 2, 2007

Attorneys for DynCorp International LLC

2947558 (Cam No. 024916.0000103)