**BID PROTEST**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DYNCORP INTERNATIONAL, LLC,<br>*Plaintiff.*<br>v.<br>THE UNITED STATES OF AMERICA,<br>*Defendant.* | No. 07-84<br>Judge Bush |

**M1 SUPPORT SERVICES' UNOPPOSED MOTION TO INTERVENE**

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC"), and for the reasons set forth in the attached Memorandum of Points and Authorities, M1 Support Services LP ("M1"), the awardee of the contract at issue in the above-captioned case, hereby moves to intervene in the case as a matter of right under RCFC 24(a) or, in the alternative, as a matter of permission under RCFC 24(b). Counsel for M1 has discussed this Motion to Intervene with counsel for Plaintiff, DynCorp International, LLC, and counsel for Defendant, United States. Neither party opposes this Motion.

WHEREFORE, M1 respectfully requests that this Court grant this Motion. A proposed Order is attached.

Respectfully submitted,

M1 Support Services

/s/ William A. Roberts, III by /s/ Jon W. Burd

William A. Roberts, III
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
TEL: 202.719.4955
FAX: 202.719.7049

*Counsel for*
M1 SUPPORT SERVICES LP

OF COUNSEL:
Philip J. Davis
Richard B. O'Keeffe, Jr.
Jon W. Burd
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Telephone: 202.719.7000
Facsimile: 202.719.7049

Dated: February 5, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DYNCORP INTERNATIONAL, LLC,<br>*Plaintiff*<br>v.<br>THE UNITED STATES OF AMERICA,<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-84<br>Judge Bush |

**ORDER**

M1 Support Services LP ("M1"), the awardee of the contract at issue in the above-captioned case, has moved to intervene in this action pursuant to Rule 24 of the Rules of the United States Court of Federal Claims. Having considered this Motion, as well as all other relevant materials and arguments, it is hereby

ORDERED that M1 Support Service's Unopposed Motion To Intervene be and hereby is GRANTED.

______________________________
Judge Bush

Dated: ________________

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2007, I caused M1 Support Services' Unopposed Motion To Intervene (and proposed Order and Memorandum in Support of the Motion) to be delivered via facsimile to the following:

Dawn Conrad, Esq.
Commercial Litigation Branch
Civil Division
U.S. Dept. of Justice
1100 L St., N.W., Room 12006
Washington, DC 20530-0001
Telephone: 202.616.2279
Facsimile: 202.305.7644

Frederick W. Claybrook, Jr., Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004-2595
202.624.2500
(fax) 202.628.5116

/s/ Jon W. Burd

Jon W. Burd
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Telephone: 202.719.7172
Facsimile: 202.719.7049