# In the United States Court of Federal Claims

No. 07-84 C

(February 6, 2007)

* * * * * * * * * * * * * * * *
DYNCORP INTERNATIONAL, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant,* *
*
M1 SUPPORT SERVICES LP, *
*
*Intervenor-defendant.* *
* * * * * * * * * * * * * * * *

**ORDER**

DynCorp International, LLC (DynCorp) filed its post-award bid protest complaint on February 2, 2007. The court held a telephonic status conference with counsel on February 6, 2007, wherein all agreed that plaintiff's action should be expediently resolved directly on the merits of this case. Participating with the undersigned in the February 6, 2007 teleconference were:

Frederick W. Claybrook, Jr., attorney for plaintiff;
John E. McCarthy, Jr., for plaintiff;
Dane Swanson, for plaintiff;
Dawn S. Conrad, attorney for defendant;
William A. Roberts, III, attorney for intervenor-defendant;
Philip J. Davis, for intervenor-defendant;
John Bean, law clerk.

Plaintiff seeks declaratory and injunctive relief voiding the award of a contract to M1 Support Services LP (M1) for "aircraft maintenance services for the T-38 aircraft at Beale, Holloman and Whiteman Air Force Bases." Compl. at 1. M1 filed an unopposed motion to intervene in the subject matter on February 5, 2007. Plaintiff and defendant confirmed at the teleconference that they accede to M1's request; the court grants M1's motion to intervene in this litigation.

With its complaint, plaintiff filed a Motion for Protective Order. At the teleconference, counsel for the parties agreed that the court's standard protective order should be issued in this case. On February 6, 2007, intervenor-defendant filed an unopposed motion for a protective order, requesting that the court's standard protective order be issued by the court and attaching the proposed protective order. This motion will be granted in a separate order of this date. Plaintiff also filed a motion for leave to file its complaint under seal. This motion is granted. The Clerk's office is directed to file the complaint in the subject matter under seal.

Plaintiff has filed a redacted version of the complaint. For all future filings, the parties are reminded to observe the instructions set forth in Paragraph 4 of the Protective Order issued today in this case. The parties are also reminded that this is an electronic case and that all filings, except as otherwise specified, shall be performed electronically through the court's CM/ECF system.

This order memorializes the agreements reached during the telephonic status conference and sets the schedule for further proceedings in this matter.

Accordingly, it is hereby **ORDERED** that:

(1) M1 Support Services's Unopposed Motion to Intervene, filed February 5, 2007, is **GRANTED**;

(2) Intervenor-defendant's Unopposed Motion for Protective Order, filed February 6, 2007, is **GRANTED**; plaintiff's Motion for Protective Order, filed February 2, 2007, is **DENIED** as moot;

(3) Plaintiff's Motion for Leave to File Documents Under Seal, filed February 2, 2007, is **GRANTED**; and the Clerk's office is

directed to **FILE** the complaint under seal;

(4) Defendant shall **FILE** and serve on the other parties a **CD-ROM** of the Administrative Record, by **5:00 p.m.**, eastern time on **February 9, 2007**; Defendant shall also **DELIVER** two bound paper copies of the Administrative Record to chambers by **5:00 p.m., eastern time** on **February 9, 2007**;

(5) Plaintiff shall **FILE** a Motion for Judgment on the Administrative Record by **5:00 p.m.**, eastern time on **February 16, 2007**;

(6) Defendant and intervenor-defendant shall **FILE** Cross Motions for Judgment on the Administrative Record by **5:00 p.m.**, eastern time on **February 23, 2007**;

(7) Plaintiff shall **FILE** a Response/Reply to defendant's and intervenor-defendant's Cross Motions by **5:00 p.m.**, eastern time on **February 27, 2007**;

(8) Defendant and intervenor-defendant shall **FILE** Replies by **5:00 p.m.**, eastern time on **March 2, 2007**;

(9) **Oral Argument** shall be **HELD** on Wednesday, **March 7, 2007** at **11:00 a.m.**, eastern time, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C.[1] The location of the courtroom will be posted on the directory in the lobby.

/s/Lynn J. Bush
LYNN J. BUSH
Judge

---

[1]/ If the parties agree that March 8, 2007 is preferable to March 7, 2007 for the scheduling of oral argument, the parties shall contact chambers by Friday, February 9, 2007.