# In the United States Court of Federal Claims

No. 07-84 C

(February 6, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * | * |
| DYNCORP INTERNATIONAL, LLC, | * |
| *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES, | * |
| *Defendant,* | * |
| M1 SUPPORT SERVICES LP, | * |
| *Intervenor-defendant.* | * |
| * * * * * * * * * * * * * * * | * |

**ORDER**

After consultation with the parties, oral argument in this bid protest is rescheduled to Thursday, March 8, 2007, and the court's scheduling order, filed earlier today, is amended in that respect.

Accordingly, it is hereby **ORDERED** that:

(9) **Oral Argument** shall be **HELD** on Thursday, **March 8, 2007** at **11:00 a.m.**, eastern time, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby.

/s/Lynn J. Bush
LYNN J. BUSH
Judge