IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| DYNCORP INTERNATIONAL LLC, | ) | |
| Plaintiff, | ) | No. 07-84C |
| v. | ) | Bush, J. |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| M1 SUPPORT SERVICES, | ) | |
| Defendant-Intervenor. | ) | |

MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to the Court of Federal Claims Rule 83.1(c)(4), Plaintiff DynCorp International LLC requests the substitution of Counsel of Record. George D. Ruttinger will replace Frederick W. Claybrook, Jr., as Counsel of Record.

Respectfully submitted,

/s/ Frederick W. Claybrook, Jr.
Frederick W. Claybrook, Jr.
(Former Counsel of Record)

/s/ George D. Ruttinger
George D. Ruttinger
(Counsel of Record)

Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
(202) 624-2500 Phone
(202) 628-5116 Facsimile

Attorneys for DynCorp International LLC

February 9, 2007