ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 9 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DYNCORP INTERNATIONAL, LLC, Plaintiff, | ) | No. 07-84C (bid protest) (Judge Bush) |
| v. | ) | |
| THE UNITED STATES, Defendant, | ) | Protected Information Only To Be Disclosed In Accordance With United States Court Of Federal Claims Protective Order |
| M1 SUPPORT SERVICES LP, Intervenor-defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING THE ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's order dated February 6, 2007, defendant provides notice that it is filing the administrative record regarding plaintiff's protest.

The administrative record is contained on one CD-ROM. The CD-ROM contains protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter on February 6, 2007. The CD-ROM should be filed and maintained under seal pursuant to the Court's protective order.

Additionally, defendant is providing two bound paper copies of the Administrative Record to the judge's chambers pursuant to the Court order dated February 6, 2007. The paper copy consists of four volumes.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

TODD M. HUGHES
Assistant Director

OF COUNSEL:

MAJOR CHRISTOPHER M. SCHUMANN
Commercial Litigation Division
Air Force Legal Operations Agency
1501 Wilson Blvd., Suite 604
Arlington, VA 22209-2403

DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

February 9, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2007, I caused to be served by hand, copies of "Defendant's Notice of Filing the Administrative Record" and a copy of the administrative record, consisting of one CD-ROM, addressed as follows:

George D. Ruttinger, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Tel: (202) 624-2670

Phillip J. Davis, Esq.
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 719-7044

Karlesha Bethea