# In the United States Court of Federal Claims

No. 07-84 C
(February 12, 2007)

* * * * * * * * * * * * * * * *
DYNCORP INTERNATIONAL, LLC, *Plaintiff,*

v.

THE UNITED STATES, *Defendant,*

M1 SUPPORT SERVICES LP, *Intervenor-defendant.*
* * * * * * * * * * * * * * * *

**ORDER**

Defendant today filed its Unopposed Motion for Leave to Supplement the Administrative Record, and reports that during the copying and scanning process a page was inadvertently omitted from the administrative record (AR) filed February 9, 2007. Defendant has attached the omitted page, page 14 of the Source Selection Decision Document, to its motion, and requests that the omitted page be added to AR Tab 16 behind page 804 and has numbered the omitted page "804a." Defendant filed its motion under seal, stating that the omitted page 804a contains protected material. Defendant represents that its motion is unopposed.

The court grants defendant's motion. Accordingly, it is hereby **ORDERED** that page 804a, attached to defendant's motion and filed under seal February 12, 2007, **SUPPLEMENTS** the administrative record filed February 9, 2007.

/s/Lynn J. Bush
LYNN J. BUSH
Judge