# In the United States Court of Federal Claims

No. 07-84 C

(February 14, 2007)

```
* * * * * * * * * * * * * * * *   *
DYNCORP INTERNATIONAL,            *
LLC,                              *
            Plaintiff,            *
                                  *
        v.                        *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant,            *
                                  *
M1 SUPPORT SERVICES LP,           *
                                  *
            Intervenor-defendant. *
* * * * * * * * * * * * * * * *   *
```

**ORDER**

The court held a telephonic status conference today with counsel regarding supplementing the administrative record (AR) and amending the expedited briefing schedule in this bid protest. Participating with the undersigned in the February 14, 2007 teleconference were:

George D. Ruttinger, attorney for plaintiff;
John E. McCarthy, Jr., for plaintiff;
Charlotte Gillingham, for plaintiff;
Dawn S. Conrad, attorney for defendant;
Philip J. Davis, for intervenor-defendant;
John Bean, law clerk.

Mr. Davis stated that intervenor's lead counsel, William A. Roberts, III, was unavailable for this call, and that Mr. Davis would soon be replacing Mr. Roberts as lead counsel for intervenor.

The court heard argument concerning plaintiff's request that defendant supplement the AR filed February 9, 2007 in this bid protest. The parties agreed that one type of record, the detailed documentation of past performance of the two offerors responding to the solicitation at issue here, would be appropriate for inclusion in the AR. The parties disagreed, however, concerning two other types of records: individual evaluators' notes, and draft evaluation notices that were not sent to DynCorp.

The accelerated litigation schedule of this bid protest does not permit briefing of the issue of whether individual evaluators' notes and draft evaluation notices are properly included in the administrative record of this type of contract award. Instead, the court ruled that the AR shall be supplemented with these items, because they may potentially be relevant. Plaintiff's moving brief should, as appropriate, set forth support and rationale for reliance on this material. Defendant and intervenor, as part of their dispositive briefing, may, if they choose, present arguments that the contents of these documents should be disregarded by the court.

Defendant shall file three types of records to supplement the AR: offerors' past performance detailed information, individual evaluators' notes, and draft evaluation notices that were not sent to DynCorp. This supplementation of the AR requires adjustment of the parties' briefing schedule. The court heard the parties' suggestions for schedule amendments, and then revised the briefing schedule established in the orders of February 6, 2007, as specified below.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant shall **FILE** and serve on the other parties a **CD-ROM** of its Supplement to the Administrative Record, by **5:00 p.m.**, eastern time on **February 14, 2007**; This Supplement to the Administrative Record shall include offerors' past performance detailed information, individual evaluators' notes, and draft evaluation notices that were not sent to DynCorp; Defendant shall also **DELIVER** one bound paper copy of the Supplement to the Administrative Record to chambers by **5:00**

**p.m.,** eastern time on **February 14, 2007**;[1]

(2) Plaintiff shall **FILE** a Motion for Judgment on the Administrative Record by **5:00 p.m.**, eastern time on **February 20, 2007**;

(3) Defendant and intervenor-defendant shall **FILE** Cross Motions for Judgment on the Administrative Record by **5:00 p.m.**, eastern time on **February 26, 2007**;

(4) Plaintiff shall **FILE** a Response/Reply to defendant's and intervenor-defendant's Cross Motions by **5:00 p.m.**, eastern time on **March 2, 2007**;

(5) Defendant and intervenor-defendant shall **FILE** Replies by **5:00 p.m.**, eastern time on **March 6, 2007**;

(6) **Oral Argument** shall be **HELD** on Thursday, **March 8, 2007** at **11:00 a.m.**, eastern time, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby.

/s/Lynn J. Bush
LYNN J. BUSH
Judge

---

[1]/ A second courtesy copy of the Supplement to the Administrative Record shall be provided to chambers on or before Friday, February 16, 2007.