**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DYNCORP INTERNATIONAL, LLC, *Plaintiff.* v. THE UNITED STATES OF AMERICA, *Defendant*, and M1 SUPPORT SERVICES LP *Defendant-Intervenor*. | No. 07-84<br>Judge Bush |

**M1 SUPPORT SERVICES' MOTION FOR SUBSTITUTION OF COUNSEL**

Pursuant to the Court of Federal Claims Rule 83.1(c)(4), Intervenor-Defendant M1 Support Services LP requests the substitution of Counsel of Record. Philip J. Davis will replace William A. Roberts, III, as Counsel of Record.

Respectfully submitted,

/s/ William A. Roberts, III
William A. Roberts, III
(Former Counsel of Record)

/s/ Philip J. Davis
Philip J. Davis
(Counsel of Record)

WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
TEL: 202.719.7044
FAX: 202.719.7049

*Counsel for*
*M1 Support Services LP*

Dated: February 15, 2007

OF COUNSEL
William A. Roberts, III
Richard B. O'Keeffe, Jr.
Jon W. Burd
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Telephone: 202.719.7000
Facsimile: 202.719.7049