# In the United States Court of Federal Claims

No. 07-84 C
(February 20, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * | * |
| DYNCORP INTERNATIONAL, LLC, | * |
| *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES, | * |
| *Defendant,* | * |
| M1 SUPPORT SERVICES LP, | * |
| *Intervenor-defendant.* | * |
| * * * * * * * * * * * * * * * | * |

**ORDER**

Late in the afternoon on Friday, February 16, 2007, defendant filed its Unopposed Motion for Leave to Supplement the Administrative Record, and reports that two draft evaluation notices were inadvertently omitted from the supplement to the administrative record filed February 14, 2007. Defendant has attached the two omitted pages, pages 2725-26, to be inserted at the end of tab 47 of the administrative record in this case. The supplement to the supplement of the administrative record was filed under seal by defendant. Chambers did not receive notice of this filing until today.

The court regrets any inconvenience to the parties, and presumes that the government has now carefully reviewed its files to ensure that this administrative record is finally complete. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED** and pages 2725-26, attached to defendant's motion and filed under seal February 16, 2007, **SUPPLEMENT** the administrative record filed February 9, 2007.

/s/Lynn J. Bush
LYNN J. BUSH
Judge