**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(BID PROTEST)

| | |
|---|---|
| DYNCORP INTERNATIONAL, LLC, *Plaintiff,* v. THE UNITED STATES OF AMERICA, *Defendant,* and M1 SUPPORT SERVICES LP, *Defendant-Intervenor.* | No. 07-84<br>Judge Bush |

**DEFENDANT-INTERVENOR'S CROSS-MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to the Court of Federal Claims Rule 52.1(b), Defendant-Intervenor M1 Support Services LP respectfully moves for judgment on the administrative record. The grounds for this Motion are set forth in the accompanying Brief in Support of Intervenor's Cross-Motion for Judgment on the Administrative Record and in Opposition to Plaintiff's Motion for Judgment on the Administrative Record.

Respectfully submitted,

/s/ Philip J. Davis
Philip J. Davis
(Counsel of Record)

WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel: 202.719.7044
Fax: 202.719.7049

*Counsel for*
M1 SUPPORT SERVICES LP

OF COUNSEL:
William A. Roberts, III
Richard B. O'Keeffe, Jr.
Jon W. Burd
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006

Dated: February 26, 2007