# In the United States Court of Federal Claims

**No. 07-84 C**

**DYNCORP INTERNATIONAL LLC,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**M1 SUPPORT SERVICES LP,**
**Intervenor-Defendant.**

**JUDGMENT**

Pursuant to the court's Opinion, filed March 15, 2007, denying plaintiff's Motion for Judgment on the Administrative Record, and granting the Cross-Motions for Judgment on the Administrative Record, filed by defendant and intervenor-defendant,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**March 16, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.