**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(BID PROTEST)

| | | |
|---|---|---|
| DYNCORP INTERNATIONAL LLC, *Plaintiff*, v. THE UNITED STATES OF AMERICA, *Defendant*, and M1 SUPPORT SERVICES LP, *Defendant-Intervenor*. | ) | No. 07-84 Judge Bush |

M1 SUPPORT SERVICES UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE PROPOSED REDACTIONS

The Court's March 15, 2007 Opinion and Order in this matter instructed the parties to file a proposed redacted copy of the opinion with the Court's clerk no later than April 20, 2007. Defendant-Intervenor, M1 Support Services LP, respectfully requests that the Court extend the deadline for filing proposed redactions until Friday, May 18, 2007. The parties have discussed this request and do not oppose the extension.

Respectfully submitted,

/s/ Philip J. Davis

Philip J. Davis
(Counsel of Record)

WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel: 202.719.7044
Fax: 202.719.7049

*Counsel for*
M1 SUPPORT SERVICES LP

Of Counsel:
William A. Roberts, III
Richard B. O'Keeffe, Jr.
Jon W. Burd
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006

Dated: April 4, 2007