# In the United States Court of Federal Claims

No. 07-84 C
(April 5, 2007)

* * * * * * * * * * * * * * * *
DYNCORP INTERNATIONAL, LLC, *
*Plaintiff,* *
v. *
THE UNITED STATES, *
*Defendant,* *
M1 SUPPORT SERVICES LP, *
*Intervenor-defendant.* *
* * * * * * * * * * * * * * * *

**ORDER**

The court has before it M1 Support Services['] Unopposed Motion for an Extension of Time in Which to File Proposed Redactions, filed April 4, 2007. The motion represents that the parties do not oppose M1's request to postpone the filing of a jointly redacted version of this court's March 15, 2007 opinion, which was filed under seal in accordance with the protective order entered in this case. M1 asks that the redacted version of the opinion be filed on or before May 18, 2007, in lieu of on April 20, 2007. For the reasons stated therein, the court grants the instant motion.

Accordingly, it is hereby **ORDERED** that M1 Support Services' motion, filed April 4, 2007, is **GRANTED** and the parties' **Jointly Proposed Redacted Version of this Court's March 15, 2007 Opinion** shall be **FILED** on or before **May 18, 2007**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge